■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CRAIG McDONALD, Appellant. [635 NYS2d 520] —Appeal by the defendant from a judgment of the County Court, Westchester County (Murphy, J.), rendered May 25, 1993, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, P. J., Miller, Copertino, Santucci and Hart, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT McKANE, Appellant. [634 NYS2d 542] —Appeal by the defendant from a judgment of the County Court, Orange County (Pano Z. Patsalos, J.), rendered November 22, 1994, convicting him of operating a vehicle while under the influence of alcohol as a felony, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant has failed to preserve for appellate review his claim that the court violated the terms of the plea agreement by imposing a fine in the amount of $1,000 *(see, People v Pellegrino,* 60 NY2d 636; *People v Molini,* 219 AD2d 780).

The defendant's additional claim, that the County Court erred in denying his motions pursuant to CPL 440.20 and 440.10, is not properly before this Court, inasmuch as he did not obtain leave to appeal from the denial of the motions *(see,* CPL 450.15; *People v Kihm,* 143 AD2d 199; *People v Gaines,* 212 AD2d 727). Balletta, J. P., Rosenblatt, Pizzuto, Joy and Altman, JJ., concur.